IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. DLB 24-341 |
| ) | |
| KELVIN REYES, ) | |
| ) | |
| Defendant ) | |
| ) | |

## CONSENT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorneys, hereby submits this motion for an order excluding time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and in support thereof submits the following:

1. On November 21, 2024, a grand jury in the District of Maryland returned a one-count indictment charging the Defendant Kelvin Reyes (the "Defendant"), with one count of distribution of a controlled substance with death resulting, 21 U.S.C. § 841(a)(1) & (b)(1)(C). ECF 1.

2. On December 11, 2024, the Defendant had his initial appearance and arraignment.

3. In accordance with the Speedy Trial Act, 18 U.S.C. § 3161(c), the trial of a defendant charged in an information or indictment shall commence within 70 days from the filing date of the information or indictment, or from the date the defendant appeared before a judicial officer, whichever date last occurs. However, pursuant to 18 U.S.C. § 3161(h)(7), the Court may grant a continuance of speedy trial when the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. The government has produced voluminous discovery to the Defendant.

1

5.  The government has extended a plea offer to the Defendant. The parties are continuing to negotiate a plea and remain confident that this case will likely resolve pre-trial. Additional defense counsel recently joined the Defendant's representation and needs time to meet with the Defendant and review the voluminous discovery produced in this case. Additionally, defense counsel requires additional time to conduct fact and mitigation investigation.

6.  For the foregoing reasons, the ends of justice will be served by excluding the time from **December 8, 2025** through and including **March 9, 2026**, in computing the time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7), and those ends outweigh the best interests of the public and the Defendant in a speedy trial.

7.  Counsel for the Defendant consents to tolling.

8.  The Government is filing this motion now because counsel will be in trial beginning December 1.

WHEREFORE, counsel for the government moves that the Court issue an order excluding the time from **December 8, 2025** through and including **March 9, 2026**, in computing the time within which trial must commence under the Speedy Trial Act. A proposed order is attached.

Respectfully submitted,

Kelly O. Hayes
United States Attorney


By: _____/s/_____
Christopher Sarma
Assistant United States Attorney